AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUAN URRUTIA,** Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-6153

v.

**GARY GREENE,** Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's petition (#1) for a writ of habeas corpus pursuant to 28 U. S. C. § 2254, is denied.

Date: August 29, 2007

RODNEY C. EARLY, CLERK

s/Rosemarie M. Eby
By: ROSEMARIE M. EBY
Deputy Clerk